United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13072-mdc
Wade A. Murphy                                                          Chapter 13
Janice S. Murphy
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Yvette              Page 1 of 1              Date Rcvd: Apr 08, 2019
                               Form ID: 155              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
db/jdb         +Wade A. Murphy,    Janice S. Murphy,    453 Van Kirk Street,    Philadelphia, PA 19120-1120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
          CHRISTIAN A. DICICCO    on behalf of Debtor Wade A. Murphy cdicicco@myphillybankruptcylawyer.com,
           christianadicicco@gmail.com;r57075@notify.bestcase.com
          CHRISTIAN A. DICICCO    on behalf of Joint Debtor Janice S. Murphy
           cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com;r57075@notify.bestcase.com
          KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon kbuttery@rascrane.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Wade A. Murphy and Janice S. Murphy

       Debtor(s)                                       Chapter: 13

                                                           Bankruptcy No: 18−13072−mdc

_____

## *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this April 4th, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                               Magdeline D. Coleman
                                               Judge ,
                                               United States Bankruptcy Court

                                                                        34 − 20
                                                                     Form 155