**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                                               **CASE NO.: 18-13072-mdc**
                                                                                              **CHAPTER 13**

**Wade A. Murphy**
**Janice S. Murphy**
**aka Janice Edwards,**

   **Debtors.**

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

            RAS Crane, LLC
            Authorized Agent for Secured Creditor
            10700 Abbott's Bridge Road, Suite 170
            Duluth, GA 30097
            Telephone: 470-321-7112
            Facsimile: 404-393-1425
            By: /s/Erin Elam
            Erin Elam, Esq.
            Email: eelam@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 19, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

CHRISTIAN A. DICICCO
LAW OFFICES OF CHRISTIAN A. DICICCO
2008 CHESTNUT STREET
PHILADELPHIA, PA 19103

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

WADE A. MURPHY
JANICE S. MURPHY
453 VAN KIRK ST
PHILADELPHIA, PA 19120

        RAS Crane, LLC
        Authorized Agent for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA 30097
        Telephone: 470-321-7112
        Facsimile: 404-393-1425
        By: /s/Erin Elam
        Erin Elam, Esq.
        Email: eelam@rascrane.com