United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-13072-mdc
Wade A. Murphy                                                        Chapter 13
Janice S. Murphy
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jun 24, 2019
                        Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14166107        E-mail/Text: jennifer.chacon@spservicing.com Jun 25 2019 03:10:20
                U.S. Bank National Association, as trustee,    c/o Select Portfolio Servicing, Inc.,
                P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2019 at the address(es) listed below:
          CHRISTIAN A. DICICCO    on behalf of Debtor Wade A. Murphy cdicicco@myphillybankruptcylawyer.com,
           christianadicicco@gmail.com;r57075@notify.bestcase.com
          CHRISTIAN A. DICICCO    on behalf of Joint Debtor Janice S. Murphy
           cdicicco@myphillybankruptcylawyer.com,   christianadicicco@gmail.com;r57075@notify.bestcase.com
          KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon kbuttery@rascrane.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, not in its indvidual
           capacity but solely as Trustee for the NRZPass-ThroughTrustVII bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-13072-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Wade A. Murphy
453 Van Kirk Street
Philadelphia PA 19120

Janice S. Murphy
453 Van Kirk Street
Philadelphia PA 19120

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/24/2019.

Name and Address of Alleged Transferor(s):

Claim No. 11: U.S. Bank National Association, as trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250

Name and Address of Transferee:

Nationstar Mortgage LLC D/B/A Mr. Cooper
ATTN: Bankruptcy Dept
PO Box 619096
Dallas, TX 75261-9741

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/26/19

Tim McGrath
**CLERK OF THE COURT**