UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA –PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>Wade A. Murphy,<br>Janice S. Murphy<br><br>    Debtors. | Case No.: 18-13072-mdc<br><br>CHAPTER 13<br><br>**REQUEST FOR NOTICE** |

## REQUEST OF SN SERVICING FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that SN SERVICING as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust ("SNSC"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

**1**
REQUEST FOR NOTICE

1   SNSC requests that for all notice purposes and for inclusion in the Master Mailing List
2   in this case, the following address be used:

3   **PHYSICAL ADDRESS:**                           **EMAIL ADDRESS:**
    SN Servicing Corporation                         BKNotices@snsc.com
4   323 5th Street
5   Eureka, CA 95501

6

7

8   Dated:  September 02, 2020              By: /s/ Kathy Watson
                                            Kathy Watson
9                                           c/o SN Servicing Corporation
                                            Bankruptcy Asset Manager
10                                          323 5th Street
                                            Eureka, CA 95501
11                                          800-603-0836
12                                          BKNotices@snservicing.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**
REQUEST FOR NOTICE

## CERTIFICATE OF SERVICE

On September 02, 2020, I served the foregoing documents described as Request for Notice on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Christian A. Dicicco          cdicicco@myphillybankruptcylawyer.com

TRUSTEE
William C. Miller             ecfemails@ph13trustee.com

US TRUSTEE                    USTPRegion03.PH.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ana Palacios
Ana Palacios

On September 02, 2020, I served the foregoing documents described as Request for Notice on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| Debtors: <br> Wade A. Murphy <br> Janice S. Murphy <br> 453 Van Kirk Street <br> Philadelphia, PA 19120 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ana Palacios
Ana Palacios