United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13072-mdc
Wade A. Murphy                                                            Chapter 13
Janice S. Murphy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Sep 04, 2020
                             Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2020.
14346191              +Nationstar Mortgage LLC D/B/A Mr. Cooper,    ATTN: Bankruptcy Dept,    PO Box 619096,
                       Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
          CHRISTIAN A. DICICCO    on behalf of Debtor Wade A. Murphy cdicicco@myphillybankruptcylawyer.com,
          christianadicicco@gmail.com;r57075@notify.bestcase.com
          CHRISTIAN A. DICICCO    on behalf of Joint Debtor Janice S. Murphy
          cdicicco@myphillybankruptcylawyer.com,   christianadicicco@gmail.com;r57075@notify.bestcase.com
          KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon cdigianantonio@rascrane.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, not in its indvidual
          capacity but solely as Trustee for the NRZPass-ThroughTrustVII bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 6

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-13072-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Wade A. Murphy
453 Van Kirk Street
Philadelphia PA 19120

Janice S. Murphy
453 Van Kirk Street
Philadelphia PA 19120

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/02/2020.

Name and Address of Alleged Transferor(s):

Claim No. 11: Nationstar Mortgage LLC D/B/A Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

U.S Bank Trust N.A., as Trustee of the Igloo
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 92705

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/06/20

Tim McGrath
**CLERK OF THE COURT**