**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Wade A. Murphy | CHAPTER 13 |
|       Janice S. Murphy aka Janice Edwards | BKY. NO. 18-13072 MDC |
|               Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Select Portfolio Servicing, Inc and index same on the master mailing list.

                             Respectfully submitted,

                             /s/Rebecca A. Solarz, Esquire

                             KML Law Group, P.C.
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106-1532
                             (215) 627-1322