**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WADE A. MURPHY | : | |
| & JANICE S. MURPHY | : | |
| DEBTORS | : | BANKRUPTCY NO. 18-13072-MDC |

# **WITHDRAWAL & ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly substitute the appearance of Entering Counsel, Ronald G. McNeil, Esquire, for that of Withdrawing Counsel, Christian A. DiCicco, Esquire, as Counsel for Debtors.

Dated: December 13, 2021                                    Dated: December 13, 2021

WITHDRAWING COUNSEL                              ENTERING COUNSEL

/s/ Christian A. DiCicco, Esq.                              /s/ Ronald G. McNeil, Esq.
Christian A. DiCicco, Esquire                              Ronald G. McNeil, Esquire
Law Offices of Christian A. DiCicco, LLC          McNeil Legal Services
2008 Chestnut Street                                            1333 Race Street
Philadelphia, PA 19103                                        Philadelphia PA 19107
(ph.) 215-564-6812                                               (215) 564-3999
cdicicco@myphillybankruptcylawyer.com        r.mcneil@verizon.net