UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Wade A. Murphy and Janice S. Murphy aka Janice Edwards<br>Debtor<br><br>SN Servicing Corporation as servicer for US Bank Trust National Association as Trustee of Dwelling Series IV Trust<br>Movant<br>v.<br><br>Wade A. Murphy and Janice S. Murphy aka Janice Edwards<br>Kenneth E. West- Trustee<br>        Respondents | CASE NO.: 18-13072-mdc<br><br>CHAPTER 13<br><br>Hon. Judge:  Magdeline D. Coleman<br><br>Hearing Date: January 3, 2023 at 10:30 am<br><br>Objection Deadline: December 19, 2022 |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

SN Servicing Corporation as servicer for US Bank Trust National Association as Trustee of Dwelling Series IV Trust has filed a Motion for Relief from Stay with the Court in order to gain Court authority to foreclose on real property known as 453 Van Kirk Street, Philadelphia, PA 19120.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 19, 2022 (14 days after the date the notice was mailed) you or your attorney must do all of the following:

    (a)  file an answer explaining your position at

Clerk of Court<br>
United States Bankruptcy Court<br>
Robert N.C. Nix, Sr. Federal Courthouse<br>
900 Market Street, Suite 400<br>
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

Lauren M. Moyer, Esquire
Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

    2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on the 3rd day of January, 2023, at 10:30 A.M., at Robert N.C. Nix Sr. Federal Courthouse, Courthouse #2, 900 Market Street, Philadelphia, PA 19107.

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: December 5, 2022

                                                By:  /s/ Lauren M. Moyer
                                                Lauren M. Moyer, Esquire
                                                FRIEDMAN VARTOLO LLP
                                                Attorneys for Movant
                                                1325 Franklin Avenue, Suite 160
                                                Garden City, New York 11530
                                                T: (212) 471-5100
                                                F: (212) 471-5150
                                                Bankruptcy@FriedmanVartolo.com

TO:

**Trustee**
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

**Debtors' Counsel**
Ronald G. McNeil, Esquire
McNeil Legal Services
1333 Race Street
Philadelphia, PA 19107

**U.S. Trustee**
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107

**Debtors**
Wade A. Murphy
453 Van Kirk Street
Philadelphia, PA 19120

Janice S. Murphy
453 Van Kirk Street
Philadelphia, PA 19120