United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13072-mdc |
| Wade A. Murphy | Chapter 13 |
| Janice S. Murphy | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 23, 2023 | Form ID: 138OBJ | Total Noticed: 77 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wade A. Murphy, Janice S. Murphy, 453 Van Kirk Street, Philadelphia, PA 19120-1120 |
| 14103292 | + | AES/Edamerica Pur, AES/DDB, PO BOX 8183, HARRISBURG, PA 17105-8183 |
| 14103293 | + | AES/Natl Col, AES/DDB, PO BOX 8183, HARRISBURG, PA 17105-8183 |
| 14103291 | + | Abington Memorial Hospital, PO Box 786331, Philadelphia, PA 19178-6331 |
| 14103296 | + | Am Herita Cu, 2060 RED LION RD., PHILADELPHIA, PA 19115-1699 |
| 14103298 | + | AmerAssist/AR Solutions, ATTN: KOVACKS, 460 POLARIS PARKWAY STE. 20, WESTERVILLE, OH 43082-8212 |
| 14103302 | + | Beneficial Bank, BENEFICIAL MUTUAL SAVINGS, 530 WALNUT ST., ATTN: BANKRUPTCY, PHILADELPHIA, PA 19106-3624 |
| 14103303 | + | CACH LLC, 1101 Capital of Texas Highway, Building K, Suite 150, Austin, TX 78746-6445 |
| 14103308 | + | CENTRAL FINL CONTROL, PO BOX 66044, ANAHEIM, CA 92816-6044 |
| 14103312 | + | DEPT OF EDUCATION/NELN, PO BOX 173904, DENVER, CO 80217-3904 |
| 14103311 | + | David J. Apothaker, Esq., 520 Fellowship Road, Suite C-306, Mount Laurel, NJ 08054-3410 |
| 14103320 | | Hahnemann Physician Practice Plan, PO Box 827965, Philadelphia, PA 19182-7965 |
| 14103325 | | JP Morgan Chase Bank, ATTN: NATIONAL BANKRUPTCY DEPT, PO BOX 295015, PHOENIX, AZ 85038 |
| 14103323 | | Jefferson University Hospitals, PO Box 3475, Toledo, OH 43607-0475 |
| 14103326 | | Marlton Auto Credit, 4 A EVES DR STE 112, MARLTON, NJ 08053 |
| 14303985 | + | Nationstar Mortgage LLC, Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14304174 | + | Nationstar Mortgage LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14103328 | + | Novlet Wright, c/o Philadelphia County DRO, 34 S. 11th Street, Room 304, Philadelphia, PA 19107-3623 |
| 14103331 | + | PHILADELPHIA CO DRS, 34 S 11TH ST RM 304, PHILADELPHIA, PA 19107-3623 |
| 14103338 | + | The Bank of New York Mellon, 1 Wall Street, New York, NY 10005-2500 |
| 14103339 | | Thomas Jefferson Univ. Hospital, PO Box 8500-3100, Philadelphia, PA 19178-3100 |
| 14103340 | | Thomas Jefferson University Hospital, Billing Dept., PO Box 711943, Cincinnati, OH 45271-1943 |
| 14103342 | + | VCLTA, Inc., Concord Servicing Group, PO Box 29352, Phoenix, AZ 85038-9352 |
| 14103346 | + | Wilshire Credit Corp/Bank of America, BANK OF AMERICA N.A., 450 AMERICAN ST, SIMI VALLEY, CA 93065-6285 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 24 2023 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2023 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14103297 | + Email/Text: broman@amhfcu.org | Jun 24 2023 00:20:00 | AMER HER FCU, 2060 RED LION RD., PHILADELPHIA, PA 19115-1699 |

Case 18-13072-mdc    Doc 69    Filed 06/25/23    Entered 06/26/23 00:30:00    Desc Imaged
Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 23, 2023 | Form ID: 138OBJ | Total Noticed: 77 |

| | | | | |
|---|---|---|---|---|
| 14103299 | + | Email/Text: broman@amhfcu.org | Jun 24 2023 00:20:00 | AMERICAN HERITAGE FCU, 2060 RED LION RD., PHILADELPHIA, PA 19115-1699 |
| 14103294 | + | Email/Text: EBNProcessing@afni.com | Jun 24 2023 00:20:00 | Afni, ATTENTION: BANKRUPTCY, 1310 MARTIN LUTHER KING DR, BLOOMINGTON, IL 61701-1465 |
| 14103300 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 24 2023 00:19:00 | BANK OF AMERICA, PO BOX 982235, EL PASO, TX 79998 |
| 14103301 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 24 2023 00:19:00 | Bank of America, ATTN: CORRESPONDENCE UNIT/CA6-919-02-41, PO BOX 5170, SIMI VALLEY, CA 93062-5170 |
| 14130419 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2023 00:33:58 | CACH, LLC its successors and assigns as assignee, of Citibank (South Dakota), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14103306 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 24 2023 00:33:53 | CAP ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 14219485 | | Email/Text: megan.harper@phila.gov | Jun 24 2023 00:20:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14103309 | | Email/Text: megan.harper@phila.gov | Jun 24 2023 00:20:00 | City of Philadelphia, Law Dept. Tax Unit, One Parkway Bldg. - Bankruptcy Group, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14103310 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2023 00:20:00 | COMENITY BANK/SHPATHME, 4590 E BROAD ST, COLUMBUS, OH 43213-1301 |
| 14103304 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2023 00:33:05 | Cach Llc/Square Two Financial, ATTENTION: BANKRUPTCY, 4340 SOUTH MONACO ST. 2ND FLOOR, DENVER, CO 80237-3485 |
| 14103305 | + | Email/Text: bankruptcy@cavps.com | Jun 24 2023 00:20:00 | Calvary Portfolio Services, ATTENTION: BANKRUPTCY DEPARTMENT, 500 SUMMIT LAKE DR. SUITE 400, VALHALLA, NY 10595-2321 |
| 14103307 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 24 2023 00:34:33 | Capital 1 Bank, ATTN: BANKRUPTCY DEPT., PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14104223 | + | Email/Text: bankruptcy@cavps.com | Jun 24 2023 00:20:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14115655 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 24 2023 00:20:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14103313 | | Email/Text: tropiann@einstein.edu | Jun 24 2023 00:20:00 | Einstein Healthcare Network, 101 E. Olney Ave., Suite 301, Philadelphia, PA 19120-2470 |
| 14103316 | ^ | MEBN | Jun 24 2023 00:13:10 | FINANCIAL RECOVERIES, PO BOX 1388, MOUNT LAUREL, NJ 08054-7388 |
| 14103327 | | Email/Text: EBNBKNOT@ford.com | Jun 24 2023 00:20:00 | MAZDA AMER CR, FORD CREDIT, PO BOX 6275, DEARBORN, MI 48121 |
| 14103315 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2023 00:20:00 | Fashion Bug, PO Box 659728, San Antonio, TX 78265-9728 |
| 14103317 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2023 00:34:25 | GECRB / HH Gregg, ATTENTION: BANKRUPTCY, PO BOX 103104, ROSWELL, GA 30076-9104 |
| 14103318 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2023 00:34:37 | GECRB/HOME SHOPPING, ATTN: BANKRUPTCY, PO BOX 103104, ROSWELL, GA 30076-9104 |
| 14103319 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2023 00:33:58 | GECRB/JC Penny, ATTENTION: BANKRUPTCY, PO BOX 103104, ROSWELL, GA 30076-9104 |

Case 18-13072-mdc   Doc 69   Filed 06/25/23   Entered 06/26/23 00:30:00   Desc Imaged
Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 23, 2023 | Form ID: 138OBJ | Total Noticed: 77 |

| | | | |
|---|---|---|---|
| 14103322 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 24 2023 00:20:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14103324 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jun 24 2023 00:20:00 | Jefferson University Physicians, Credit Collections Services, Two Wells Avenue, Dept. 9136, Newton Center, MA 02459-3225 |
| 14346191 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 24 2023 00:20:00 | Nationstar Mortgage LLC D/B/A Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 14103329 | + Email/Text: bankruptcygroup@peco-energy.com | Jun 24 2023 00:20:00 | PECO, 2301 Market Street, N3-1, Philadelphia, PA 19103-1380 |
| 14122285 | + Email/Text: bankruptcygroup@peco-energy.com | Jun 24 2023 00:20:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14103330 | ^ MEBN | Jun 24 2023 00:13:00 | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14103332 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2023 00:34:06 | Portfolio Recovery, ATTN: BANKRUPTCY, PO BOX 41067, NORFOLK, VA 23541 |
| 14164412 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2023 00:34:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14103720 | + Email/PDF: rmscedi@recoverycorp.com | Jun 24 2023 00:34:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14103333 | + Email/Text: Loan.OpsServ@quorumfcu.org | Jun 24 2023 00:20:00 | QUORUM FED CR UN, 2 MANHATTANVILLE RD, PURCHASE, NY 10577-2113 |
| 14103321 | Email/PDF: TenetBKNotifications@resurgent.com | Jun 24 2023 00:33:14 | Hahnemann University Hospital, PO Box 828112, Philadelphia, PA 19182-8112 |
| 14103335 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2023 00:33:54 | SEARS/CBNA, PO BOX 6283, SIOUX FALLS, SD 57117-6283 |
| 14103336 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2023 00:34:30 | SEARS/CBNA, PO BOX 6189, SIOUX FALLS, SD 57117-6189 |
| 14740589 | ^ MEBN | Jun 24 2023 00:13:09 | SN Servicing Corporation, c/o Lauren Moyer, Esq, 1325 Franklin Ave, Ste 160, Garden City, NY 11530-1631 |
| 14740771 | ^ MEBN | Jun 24 2023 00:13:09 | SN Servicing Corporation as servicer for US Bank T, Trustee of Dwelling Series IV Trust, C/O Lauren Moyer, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14103334 | + Email/PDF: gecsedi@recoverycorp.com | Jun 24 2023 00:33:17 | Sams Club / GEMB, ATTENTION: BANKRUPTCY DEPARTMENT, PO BOX 103104, ROSWELL, GA 30076-9104 |
| 14103337 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2023 00:33:08 | Sears/cbsd, CITICORP CREDIT SERVICES/CENTRALIZED BAN, PO BOX 20363, KANSAS CITY, MO 64195-0363 |
| 14582325 | ^ MEBN | Jun 24 2023 00:13:10 | Select Portfolio Servicing, Inc, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14131799 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 24 2023 00:20:00 | THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK, AS SUCCESSOR TO JP, CHASE BANK, Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas TX 75261-9096 |
| 14115332 | + Email/Text: RASEBN@raslg.com | Jun 24 2023 00:20:00 | The Bank Of New York Mellon, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14534780 | + Email/Text: bknotices@snsc.com | Jun 24 2023 00:20:00 | U.S Bank Trust N.A., as Trustee of the Igloo, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 23, 2023 | Form ID: 138OBJ | Total Noticed: 77 |

| | | | | |
|---|---|---|---|---|
| 14103341 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 24 2023 00:20:00 | U.S. Bank National Association, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 14166107 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 24 2023 00:20:00 | U.S. Bank National Association, as trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14603258 | ^ | MEBN | Jun 24 2023 00:12:57 | U.S. Bank Trust National Association, as, Trustee of Dwelling Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14311279 | + | Email/Text: RASEBN@raslg.com | Jun 24 2023 00:20:00 | U.S.Bank National Association, c/o RAS CRANE, LLC, BANKRUPTCY DEPARTMENT, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| 14165126 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 24 2023 00:33:06 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14103344 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 24 2023 00:19:00 | Verizon, PO Box 920041, Dallas, TX 75392-0041 |
| 14103343 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 24 2023 00:19:00 | Verizon, PO Box 28000, Lehigh Valley, PA 18002-8000 |
| 14103345 | + | Email/Text: megan.harper@phila.gov | Jun 24 2023 00:20:01 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 53

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14103295 | | Allan C. Smith, Esq., Bucks County Office Center |
| 14219486 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14104225 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14103314 | ##+ | Equiant Financial Services, ATTN: BANKRUPTY DEPT, 5401 N PIMA RD, SCOTTSDALE, AZ 85250-2630 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 25, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association  not in its indvidual capacity but solely as Trustee for the |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Jun 23, 2023 | Form ID: 138OBJ | Total Noticed: 77 |

NRZPass-ThroughTrustVII bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS

on behalf of Creditor Select Portfolio Servicing Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

KENNETH E. WEST

ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN M. BUTTERY

on behalf of Creditor The Bank of New York Mellon cdigianantonio@rascrane.com

LAUREN MOYER

on behalf of Creditor SN Servicing Corporation as servicer for US Bank Trust National Association as Trustee of Dwelling Series IV Trust lmoyer@friedmanvartolo.com

RONALD G. MCNEIL, Esquire

on behalf of Joint Debtor Janice S. Murphy r.mcneil1@verizon.net

RONALD G. MCNEIL, Esquire

on behalf of Debtor Wade A. Murphy r.mcneil1@verizon.net

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Wade A. Murphy and Janice S. Murphy

        Debtor(s)

Case No: 18−13072−mdc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/23/23

68 − 67
Form 138OBJ